

**WRITER'S ADDRESS:**
1800 Chapel Avenue West
Suite 360
Cherry Hill, NJ 08002
(856) 382-2269
(856) 751-1230 (fax)

*An Illinois Limited Liability Partnership*

Kathleen J. Collins, New Jersey Managing Attorney

**William C. Mead, Jr.**
Email: mead@litchfieldcavo.com

December 23, 2014

**VIA ELECTRONIC FILING**
The Honorable Joseph A. Dickson
United States Magistrate Judge
King Federal Building & Courthouse
50 Walnut Street
Newark, NJ  07102

    Re:    **Sally DeLorean, as Administrator of the Estate of John DeLorean**
              **v. DeLorean Motor Company**
              **Civil Action No. 2:14-cv-01146-JLL-JAD**
              **Our File No. 4164-1**

Dear Judge Dickson:

    This firm represents Defendant, DeLorean Motor Company (Texas) in the above-referenced matter.  Your Honor scheduled an in-person settlement conference for Monday, January 5, 2015 at 10:00 a.m.  I have received a Jury Summons from the Burlington County Courts to appear for jury duty on January 5, 2015 and, therefore, respectfully request that Your Honor reschedule the settlement conference for a later date.

                                      Respectfully submitted,

                                      William C. Mead, Jr.

WCM/lma

Chicago • Hartford • Boston • New York • New Jersey • Pittsburgh • Philadelphia • Houston
Los Angeles • Fort Lauderdale • Tampa • Wisconsin • West Virginia

www.litchfieldcavo.com