# Lowenstein Sandler LLP

R. Scott Thompson
Partner

65 Livingston Avenue
Roseland, NJ 07068
T  973 597 2532
F  973 597 2533
sthompson@lowenstein.com

August 20, 2015

**VIA ECF**
Hon. Joseph A. Dickson
United States Magistrate Judge
King Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:**   Estate of DeLorean v. DeLorean Motor Co. (Texas), 2:14-cv-01146(JLL)(JAD)

Dear Judge Dickson:

This firm represents the plaintiff in the referenced case.

At the request of the plaintiff, Your Honor has scheduled a settlement conference for September 2, 2015. Yesterday, I was informed by Sally DeLorean, the Administratrix of the Estate, who is a nurse with the Atlantic Health System, that she is required to be at work on September 2. I have full settlement authority on behalf of the Estate, and I am requesting that the settlement conference go forward as scheduled on September 2. Mrs. DeLorean will be available by telephone at work if necessary.

In the event that the Court believes it is necessary for Mrs. DeLorean to be present for the conference, I respectfully request that the settlement conference be rescheduled.

Thank you for your courtesies.

Respectfully submitted,

*R. S. Thompson*

R. Scott Thompson

cc:   William Mead, Jr., Esq. (ECF)
      Sally DeLorean (Email)